UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORBERT MAURICE PAYTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>T. FERRARA, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-0701 CKD P<br><br><br>ORDER |

By order filed May 2, 2019, plaintiff's complaint was dismissed, and he was given thirty days file an amended complaint. (ECF No. 4.) The thirty-day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall have an additional twenty-one days from service of this order to file an amended complaint. Failure to file an amended complaint will result in a recommendation that this action be dismissed without further warning.

Dated: June 12, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:payt0701.fta

1