UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORBERT MAURICE PAYTON,<br><br>Plaintiff,<br><br>v.<br><br>T. FERRARA, et al.,<br><br>Defendants. | No. 2:19-cv-0701 CKD P<br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

By order filed May 2, 2019, the complaint was dismissed and plaintiff was given thirty days to file an amended complaint. (ECF No. 4.) On June 12, 2019, after plaintiff failed to file an amended complaint or otherwise respond to the order, he was given an additional twenty-one days in which to file an amended complaint. (ECF No. 6.) That time has now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a United States District Judge to this action.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice. See L.R. 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 22, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:payt0701.fta.ext